City of Chicago, appellee, v. Adolph Aaronstein, appellant. Gen. Nos. 24,454-24,491.

Appeal from the Municipal Court of Chicago. Heard in this court at the March term, 1918. Affirmed for failure to file record in time.

Opinion filed October 11, 1918.
No appearance for appellant. Harry B. Miller and Daniel Webster, for appellee.
Per Curiam.